JUDGE HOLWELL

 **07** **CIV** **9251**

CLOSED, KATRINA, TRANSFER

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:06-cv-10767-JCZ-ALC
#### Internal Use Only

Weeks Marine, Inc. v. American Steamship Owners Mutual Protection and Indemnity Association, Inc. et al

Assigned to: Judge Jay C. Zainey

Referred to: Magistrate Judge Alma L. Chasez

Demand: $22,000

Cause: 28:2201 Declaratory Judgement (Insurance)

Date Filed: 12/05/2006
Date Terminated: 10/10/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

**Plaintiff**

**Weeks Marine, Inc.**

represented by **Frank Anthony Piccolo**
Preis & Roy (New Orleans)
Pan American Life Center
601 Poydras Street
Suite 1700
New Orleans, LA 70130
504-581-6062
Email: fap@preisroy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**John A.V. Nicoletti**
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine St.
7th Floor
New York, NY 10005-1801
212-220-3830
Email: jnicoletti@nicolettihornig.com
*ATTORNEY TO BE NOTICED*



**Joseph E. Lee, III**
Preis & Roy (New Orleans)
Pan American Life Center
601 Poydras Street
Suite 1700
New Orleans, LA 70130
504-581-6062
Email: jel@preisroy.com
*ATTORNEY TO BE NOTICED*



Robert A. Novak
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine St.
7th Floor
New York, NY 10005-1801
212-220-3830
Email: rnovak@nicolettihornig.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**- American Steamship Owners
Mutual Protection and Indemnity
Association, Inc.**

represented by **Patrick J. McShane**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8000
Email: pmcshane@frilot.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lara N. DiCristina**
Frilot LLC
Energy Centre
1100 Poydras St.
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8248
Email: ldicristina@frilot.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shipowners Claims Bureau, Inc.**
*as the manager of American Steamship*

represented by **Patrick J. McShane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lara N. DiCristina**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 12/05/2006 | 🖲1 | COMPLAINT against American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc. (Filing fee $ 350.) filed by Weeks Marine, Inc.. (Attachments: # 1 Civil Cover Sheet)(gbw, ) (Entered: 12/06/2006) |
| --- | --- | --- |
| 12/05/2006 | 🖲2 | Summons Issued as to American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc.. (gbw, ) (Entered: 12/06/2006) |
| 01/30/2007 | 🖲3 | FIRST AMENDED COMPLAINT with Jury Demand against - American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc. filed by Weeks Marine, Inc..(cak, ) (Entered: 02/01/2007) |
| 04/12/2007 | 🖲4 | ORDER plaintiff to show cause on or before 5/15/2007 why certain defendants should not be dismissed. Signed by Judge Jay C. Zainey on 4/12/07. (jrc, ) (Entered: 04/13/2007) |
| 04/17/2007 | 🖲5 | SUMMONS Returned Executed; - American Steamship Owners Mutual Protection and Indemnity Association, Inc. served on 3/8/2007, answer due 3/28/2007. (Attachments: # 1 Affidavit)(Lee, Joseph) (Entered: 04/17/2007) |
| 04/17/2007 | 🖲6 | DEFICIENT SUMMONS Returned Executed; Shipowners Claims Bureau, Inc. served on 3/8/2007, answer due 3/28/2007. (Attachments: # 1 Affidavit)(Lee, Joseph) Modified on 4/18/2007 (gbw, ). (Entered: 04/17/2007) |
| 04/17/2007 | 🖲 | NOTICE OF DEFICIENT DOCUMENT: re 6 Summons Returned Executed. Reason(s) of deficiency: Incorrect incomplete document. Party served on summons does not match party name on affidavit. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within five (5) working days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 4/24/2007.** (gbw, ) (Entered: 04/18/2007) |
| 04/17/2007 | 🖲 | (Court only) NOTICE for CRD - DEFICIENT DOCUMENT OVER DUE: re 6 Summons Returned Executed. (gbw, ) (Entered: 04/25/2007) |
| 04/26/2007 | 🖲7 | Request of Summons Issued as to Shipowners Claims Bureau, Inc. filed by Weeks Marine, Inc. re 3 Amended Complaint. (gbw, ) (Entered: 04/26/2007) |
| 04/26/2007 | 🖲8 | Summons Issued as to Shipowners Claims Bureau, Inc.. (gbw, ) (Entered: 04/26/2007) |
| 04/26/2007 | 🖲9 | Request of Summons Issued as to Shipowners Claims Bureau, Inc. filed by Weeks Marine, Inc. re 3 Amended Complaint. (dno, ) (Entered: 04/26/2007) |

| 04/27/2007 | ◑10 | Request of Summons Issued as to Shipowners Claims Bureau, Inc. filed by Weeks Marine, Inc. re 3 First Amended Complaint. (gbw, ) (Entered: 04/27/2007) |
| 04/27/2007 | ◑11 | Summons Issued as to Shipowners Claims Bureau, Inc.. (gbw, ) (Entered: 04/27/2007) |
| 05/01/2007 | ◑12 | SUMMONS Returned Executed; Shipowners Claims Bureau, Inc. served on 4/30/2007, answer due 5/21/2007. (Attachments: # 1 Affidavit)(Lee, Joseph) Modified on 5/2/2007 (gbw, ). Modified on 5/2/2007 (gbw, ). (Entered: 05/01/2007) |
| 05/01/2007 | ◑ | NOTICE OF DEFICIENT DOCUMENT: re 12 Summons Returned Executed. Reason(s) of deficiency: Incomplete document. Service information on second page not filled out. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within five (5) working days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 5/8/2007.** (gbw, ) (Entered: 05/02/2007) |
| 05/01/2007 | ◑ | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 12 Summons Returned Executed. (gbw, ) (Entered: 05/02/2007) |
| 05/01/2007 | ◑13 | Correction of Docket Entry by Clerk re 12 Summons Returned Executed. Document not deficient. Affidavit of service was attached to document. (gbw, ) (Entered: 05/02/2007) |
| 05/01/2007 | ◑ | (Court only) ***Deadlines terminated. (jrc, ) (Entered: 05/08/2007) |
| 05/08/2007 | ◑14 | Memorandum by Weeks Marine, Inc. re 4 Order, Set/Reset Hearings *Submitted in Response to Call Docket Order*. (Lee, Joseph) (Entered: 05/08/2007) |
| 05/17/2007 | ◑15 | ORDER passing call docket 30 days. Signed by Judge Jay C. Zainey. (jrc, ) (Entered: 05/17/2007) |
| 06/12/2007 | ◑16 | EXPARTE/CONSENT MOTION for Extension of Time to Answer *Without Waiver of Defenses* by - American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc.. (Attachments: # 1 Proposed Order)(DiCristina, Lara) Modified on 6/13/2007 (gbw, ). (Entered: 06/12/2007) |
| 06/12/2007 | ◑19 | Correction of Docket Entry by Clerk re 16 MOTION for Extension of Time to Answer *Without Waiver of Defenses*. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A and Magistrate Judge 5. (gbw, ) (Entered: 06/20/2007) |
| 06/15/2007 | ◑17 | ORDER granting 16 Motion for Extension of Time to Answer. Signed by Judge Jay C. Zainey on 6/13/07. (jrc, ) (Entered: 06/15/2007) |

| | | |
|---|---|---|
| 06/15/2007 | ❏18 | NOTICE Scheduling Conference set for 7/10/2007 2:30 PM before courtroom deputy by telephone, by Clerk. (jrc, ) (Entered: 06/15/2007) |
| 06/27/2007 | ❏20 | MOTION to Dismiss *For Improper Venue or Alternatively*, MOTION to Transfer Case by - American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc.. Motion Hearing set for 7/25/2007 09:00 AM before Judge Jay C. Zainey. (Attachments: # 1 Memorandum in Support # 2 Notice of Hearing # 3 Exhibit Declaration of Michael Mitchell# 4 Exhibit A, Item 1# 5 Exhibit A, Item 2# 6 Exhibit A, Items 3-8)(McShane, Patrick) Modified on 6/28/2007 (cms, ). (Entered: 06/27/2007) |
| 06/27/2007 | ❏21 | Request/Statement of Oral Argument by - American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc. regarding 20 MOTION to Dismiss *For Improper Venue or Alternatively* MOTION to Transfer Case. (McShane, Patrick) (Entered: 06/27/2007) |
| 06/28/2007 | ❏22 | Correction of Docket Entry by Clerk re 20 MOTION to Dismiss *For Improper Venue or Alternatively* MOTION to Transfer Case, 21 Request/Statement of Oral Argumen. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A and Magistrate Judge 5. Also, attachment as duplicate description. For attachment, select either a category or enter a description, but not both since this results in duplicate docket text. Clerk took corrective action. (cms, ) (Entered: 06/28/2007) |
| 07/05/2007 | ❏23 | EXPARTE/CONSENT MOTION to Continue *Hearing on Motion to Dismiss* by Weeks Marine, Inc.. (Attachments: # 1 Exhibit # 2 Proposed Order)(Lee, Joseph) Modified on 7/5/2007 (gbw, ). (Entered: 07/05/2007) |
| 07/10/2007 | ❏24 | NOTICE continuing scheduling conference without date. by Clerk. (jrc, ) Modified on 7/11/2007 (jrc, ). (Entered: 07/10/2007) |
| 07/18/2007 | ❏25 | ORDER granting 23 MOTION to Continue Hearing on 20 MOTION to Dismiss *For Improper Venue or Alternatively* MOTION to Transfer Case filed by Weeks Marine, Inc.. Motion Hearing reset for 9/19/2007 before Judge Jay C. Zainey. Opposition is due 8/3/2007. Signed by Judge Jay C. Zainey on 7/18/2007.(cms, ) (Entered: 07/18/2007) |
| 08/02/2007 | ❏26 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee paid $5.) by Weeks Marine, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit)(Lee, Joseph) Modified on 8/3/2007 (gbw, ). Modified on 8/3/2007 (gbw, ). Modified on 8/7/2007 (cms, ). (Entered: 08/02/2007) |
| 08/02/2007 | ❏27 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee paid $5.) by Weeks Marine, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit)(Lee, Joseph) Modified on 8/3/2007 (gbw, ). Modified on 8/3/2007 (gbw, ). Modified on 8/7/2007 (cms, ). (Entered: 08/02/2007) |

| 08/02/2007 | ❂28 | Correction of Docket Entry by Clerk re 26 MOTION to Appear Pro Hac Vice (Filing fee $5.). Filing attorney should have changed 'N' to 'Y' at the question 'Is this an Exparte/Consent Motion Y/N?' before clicking the Next button. Clerk modified docket text to reflect 'Exparte'. (gbw, ) (Entered: 08/03/2007) |
|---|---|---|
| 08/03/2007 | ❂29 | MOTION to Transfer Case by Weeks Marine, Inc.. Motion Hearing set for 8/22/2007 09:00 AM before Judge Jay C. Zainey. (Attachments: # 1 Memorandum in Support # 2 Exhibit "A"# 3 Exhibit "B"# 4 Exhibit "C"# 5 Exhibit "D"# 6 Exhibit "E"# 7 Exhibit "F"# 8 Notice of Hearing)(Lee, Joseph) (Entered: 08/03/2007) |
| 08/03/2007 | ❂30 | RESPONSE/MEMORANDUM in Opposition filed by all plaintiffs re 20 MOTION to Dismiss *For Improper Venue or Alternatively* MOTION to Transfer Case. (Attachments: # 1 Exhibit "1"# 2 Exhibit "2"# 3 Exhibit "3"# 4 Exhibit "4.1"# 5 Exhibit "4.2"# 6 Exhibit "5")(Lee, Joseph) (Entered: 08/03/2007) |
| 08/05/2007 | ❂31 | ORDER granting 26 Motion to Appear Pro Hac Vice as to John A.V. Nicoletti. Signed by Judge Jay C. Zainey on 8/3/2007. (cms, ) (Entered: 08/07/2007) |
| 08/05/2007 | ❂32 | ORDER granting 27 Motion to Appear Pro Hac Vice as to Robert A. Novak. Signed by Judge Jay C. Zainey on 8/3/2007. (cms, ) (Entered: 08/07/2007) |
| 08/14/2007 | ❂33 | RESPONSE/MEMORANDUM in Opposition filed by all defendants re 29 MOTION to Transfer Case. (DiCristina, Lara) (Entered: 08/14/2007) |
| 08/20/2007 | ❂34 | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum in Further Support of Motion to Transfer* by Weeks Marine, Inc.. (Attachments: # 1 Proposed Order # 2 Proposed Pleading)(Lee, Joseph) Modified on 8/21/2007 (gbw, ). (Entered: 08/20/2007) |
| 08/21/2007 | ❂35 | Correction of Docket Entry by Clerk re 34 MOTION for Leave to File *Reply Memorandum in Further Support of Motion to Transfer*. Filing attorney did not select category 'Proposed Pleading' when attaching document for which leave to file is being requested. Clerk took corrective action. (gbw, ) (Entered: 08/21/2007) |
| 08/23/2007 | ❂36 | ORDER granting 34 Motion for Leave to File Reply Memorandum. Signed by Judge Jay C. Zainey on 8/22/2007. (cak, ) (Entered: 08/23/2007) |
| 08/23/2007 | ❂37 | REPLY MEMORANDUM Of Weeks Marine, Inc. To Defendants' Memorandum In Opposition To 29 MOTION to Transfer Case. (cak, ) (Entered: 08/23/2007) |
| 08/23/2007 | ❂38 | ORDER Resetting Hearing on 29 MOTION to Transfer Case : Motion set for 9/19/2007 before Judge Zainey. Signed by Judge Jay C. Zainey on 8/22/07.(jrc, ) (Entered: 08/23/2007) |

| 08/30/2007 | ❍39 | ORDER Setting Oral Argument on 20 MOTION to Dismiss For Improper Venue or Alternatively MOTION to Transfer Case; Hearing set for 10/10/2007 10:00 AM before Judge Jay C. Zainey. Signed by Judge Jay C. Zainey on 8/28/07. (jrc, ) (Entered: 08/30/2007) |
|---|---|---|
| 09/12/2007 | ❍40 | ORDER Resetting Hearing on 29 MOTION to Transfer Case; Oral Argument set for 10/10/2007 10:00 AM before Judge Jay C. Zainey. Signed by Judge Jay C. Zainey on 9/11/07. (jrc, ) (Entered: 09/12/2007) |
| 09/14/2007 | ❍41 | EXPARTE/CONSENT MOTION for Leave to File Reply Memo by American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc.. (Attachments: # 1 Proposed Order # 2 Proposed Pleading)(DiCristina, Lara) Modified on 9/17/2007 (gbw, ). (Entered: 09/14/2007) |
| 09/18/2007 | ❍42 | ORDER granting 41 Motion for Leave to File reply memo in support of motion to dismiss for improper venue or alternatively to transfer. Signed by Judge Jay C. Zainey on 9/17/07. (gbw, ) (Entered: 09/18/2007) |
| 09/18/2007 | ❍43 | REPLY MEMORANDUM in Opposition filed by American Steamship Owners Mutual Protection and Indemnity Association, Inc., Shipowners Claims Bureau, Inc. re 29 MOTION to Dismiss for Improper Venue or alternatively, MOTION to Transfer Case to US District Court for the Southern District of New York. (gbw, ) (Entered: 09/18/2007) |
| 10/10/2007 | ❍44 | Minute Entry for proceedings held before Judge Jay C. Zainey : Motion Hearing held on 10/10/2007 re 20 MOTION to Dismiss *For Improper Venue or Alternatively* MOTION to Transfer Case filed by Shipowners Claims Bureau, Inc., American Steamship Owners Mutual Protection and Indemnity Association, Inc. and 29 MOTION to Transfer Case filed by Weeks Marine, Inc.. ORDERED that this action is transferred to USDC, Southern Districr of NY. (Court Reporter David Zarek.) (gbw, ) Attachment #1 Transfer Letter added on 10/11/2007 (gbw, ). Modified on 10/11/2007 (gbw, ). (Entered: 10/11/2007) |