UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC.,<br><br>      Plaintiff,<br><br>   - against -<br><br>AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., and SHIPOWNERS CLAIMS BUREAU, INC., as the manager of American Steamship,<br><br>      Defendants. | **ECF CASE**<br><br><br>Case No.: 07 CV 9251 (RJH/DCF)<br><br><br>DISCLOSURE STATEMENT<br>PURSUANT TO FEDERAL<br><u>RULE OF CIVIL PROCEDURE 7.1</u> |

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants, American Steamship Owners Mutual Protection and Indemnity Association, Inc. and Shipowners Claims Bureau, Inc. (collectively, "Defendants") hereby certifies that neither of the Defendants has a corporate parent and that there is no publicly held corporation that owns 10% or more of either of their stock.


Dated:  New York, New York
     November 2, 2007

              THACHER PROFFITT & WOOD LLP


              By:  /s/ John M. Woods
                 John M. Woods (JW/0697)
                 jwoods@tpw.com
                 Alan F. Kaufman (AK/9114)
                 akaufman@tpw.com

              Two World Financial Center
              New York, New York 10281
              (212) 912-7400

              *Attorneys for Defendants*