UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WEEKS MARINE, INC,

                              ECF CASE

            Plaintiff,

   - against -                            07-CV-9251 (RJH/DCF)

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY               **NOTICE OF APPEARANCE**
ASSOCIATION, INC., and SHIPOWNERS
CLAIMS BUREAU, INC., as the manager of
American Steamship,

            Defendants.
---------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE**, the undersigned attorneys for the Plaintiff, WEEKS MARINE, INC., respectfully request that an appearance be entered for Nicoletti Hornig & Sweeney, by William M. Fennell (WF-8895), an associate of the firm, and that he be added to the list of counsel on the electronic case notification list.

      The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
       December 14, 2007

                            Respectfully submitted,

                            NICOLETTI HORNIG & SWEENEY
                            *Attorneys for Plaintiff Weeks Marine, Inc.*


                     By:        s/ William M. Fennell
                          William M. Fennell (WF-8895)
                          Wall Street Plaza
                          88 Pine Street, 7th Floor
                          New York, New York  10005-1801
                          Telephone No.:  (212) 220-3830
                          File No.:  00000800 (JAVN/RAN)

**TO:**

John M. Wood, Esq.
Alan F. Kaufman, Esq.
THACHER PROFFITT & WOOD, LLP
*Attorneys for Defendants*
Two World Financial Center
New York, New York 10281
Tel.: (212) 912-7400

E:\Shared\wfennell\Notice of Appearance.doc